**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Rodrigo Alejandro MORALES–PEREZ,**
**Defendant–Appellant.**

**No. 05–10115.**

United States Court of Appeals,
Ninth Circuit.

April 19, 2006.

Elizabeth A. Olson, Esq., DOJ—U.S. Department of Justice Civil Division/Appellate Staff, Washington, DC, for Plaintiff–Appellee.

Rene L. Valladares, Esq., Monique N. Kirtley, Esq., Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Before ALFRED T. GOODWIN, DIARMUID F. O'SCANNLAIN, and RICHARD C. TALLMAN, Circuit Judges.

## ORDER

The panel opinion and Judge Tallman's dissent filed on February 22, 2006, are withdrawn. A substitute opinion will issue in due course. The petition for rehearing en banc is denied as moot without preju-

dice to renewal by either party following issuance of the new opinion.